UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No.  05-20141-Ma |
| vs. ) | |
| ) | |
| RICKEY HAMPTON ) | |
| ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have <u>RICKEY HAMPTON, DOB: 03/03/79, SSN: 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</u>, now being detained in the Shelby County Penal Farm, appear before the Honorable Diane K. Vescovo on May 3, 2005 @ 2:00 p.m. for Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this 26th day of April, 2005.

For _____
E. Greg Gilluly, Jr.
Special Assistant U. S. Attorney

✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦

Upon consideration of the foregoing Application, DAVID JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN., SHERIFF/WARREN, SHELBY COUNTY JAIL, MEMPHIS, TN.

YOUR ARE HEREBY COMMANDED to have <u>RICKEY HAMPTON, DOB: 03/03/79, SSN: 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</u>, appear before the Honorable Diane K. Vescovo on the date and time aforementioned.

ENTERED this 26 day of April, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-29-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CR-20141 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT