IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _eg_ D.C.
05 JUN 10 PM 4:43
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br> )<br>VS. )<br> )<br>RICKEY HAMPTON )<br>Defendant. )<br> ) | CR. NO. 05-20141-Ma |

## ORDER ON CHANGE OF PLEA
## AND SETTING

This cause came on to be heard on June 10, 2005, the United States Attorney for this district, Greg Gilluly, appearing for the Government and the defendant, Rickey Hampton, appearing in person and with counsel, Pamela Hamrin, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, SEPTEMBER 13, 2005, at 9:00 A.M., before Judge Samuel H. Mays, Jr.**

Defendant is remanded to the custody of the U. S. Marshal.

**ENTERED** this the 10th day of June, 2005.

_/s/ signature_

**SAMUEL H. MAYS, JR.**
**UNITED STATES DISTRICT COURT**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-14-05

16



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CR-20141 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT