UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

FILED BY ___ D.C.

05 JUN 27 PM 3: 11

ROI ___ R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS
Deputy-in-Charge

*Thomas M. Gould, Clerk*
*242 Federal Building*
*167 N. Main Street*
*Memphis, Tennessee 38103*
*(901) 495-1200*

*U. S. Courthouse, Room 262*
*111 South Highland Avenue*
*Jackson, Tennessee 38301*
*(713) 421-9200*

## NOTICE OF SETTING
### Before Judge Samuel H. Mays, Jr., United States District Judge

June 23, 2005

RE: 2:05cr20141-01-Ma
    USA v. RICKEY HAMPTON    (in custody)

Dear Sir/Madam:

**SENTENCING** has been **SET** for **TUESDAY, SEPTEMBER 13, 2005** at **9:00 A.M.** before **Judge Samuel H. Mays, Jr.** in **Courtroom 2, 11th floor of the Federal Building, Memphis, Tennessee.**

A Presentence Report is being prepared by the Probation Office in accordance with Rule 32 of the Federal Rules of Criminal Procedure. You will receive a copy of this report no later than fifteen (15) working days prior to sentencing. If you do not, please contact the Probation Office at (901) 495-1400. The report may be examined by the defendant and/or his or her attorney at the Probation Office, Room 234 of the Federal Office Building, Memphis, between 8:30 a.m. and 5:00 p.m. any business day prior to the date and time specified above.

**If the offense took place after November 1, 1987, you will receive a copy of the Presentence Report no later than thirty five (35) days prior to sentencing. If you do not, please contact the Probation Office at (901) 495-1400.**

If you have any questions about this matter, please contact the case manager at the telephone number provided below.

Sincerely,
THOMAS M. GOULD, CLERK

BY: _____
Jean Lee, Case Manager
901-495-1239

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CR-20141 was distributed by fax, mail, or direct printing on June 28, 2005 to the parties listed.

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT